IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| REC SOFTWARE U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAMBOO SOLUTIONS CORPORATION, MICROSOFT CORPORATION, SAP AMERICA, INC., and SAP, AG,<br><br>Defendants. | Civil Action No. 2:10-cv-530 (RAJ/TEM) |

## DECLARATION OF SIMON LINNETT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

I, Simon Linnett, declare as follows:

1. The facts set forth in this declaration are personally known to me. If called upon to testify, I could and would competently testify hereto.

2. I am currently an Executive Vice Chairman of Investment Banking at Rothschild based in London, England. In my personal capacity, I have also provided financing and occasional advice to REC Software, Inc.

3. My current residence is in Bayswater, London, England, in which city I have resided since 1975

4. I understand that there is a pending motion to transfer the above-referenced litigation from the Eastern District of Virginia to the Western District of Washington. I further understand that, as a resident of London, England, I am not subject to compulsory process in either jurisdiction.

1

2

5. If I am called as a witness at trial in the above-referenced litigation, I would be willing to travel to the Eastern District of Virginia to testify.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2011

Simon J.L. Linnett